UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON FRENKEL,

    Plaintiff,

v.                                                                 Case No: 8:17-mc-115-T-36JSS

KENNETH H. BAKER,

    Defendant.
                                        /

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion for Substitution of Party-Plaintiff ("Motion"). (Dkt. 2.) For the reasons set forth below, the Court grants Plaintiff's Motion.

On October 17, 2017, Leon Frenkel filed an Order and Judgment from the United States District Court for the Eastern District of Pennsylvania against Defendant Kenneth Baker, registering the judgment in this Court pursuant to 28 U.S.C. § 1963. (Dkt. 1.) On February 7, 2018, Plaintiff's counsel filed the Motion seeking to substitute Alla Pasternack, as the personal representative of the Estate of Leon Frenkel, in place of Leon Frenkel. (Dkt. 2.)

Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Here, Alla Pasternack, as the personal representative of decedent's Estate, seeks to substitute Leon Frenkel as the Plaintiff in this action. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion for Substitution of Party-Plaintiff (Dkt. 2) is **GRANTED**.

2. Alla Pasternack, as personal representative of the Estate of Leon Frenkel, is hereby substituted as a Plaintiff in this action in place of Leon Frenkel.

**DONE** and **ORDERED** in Tampa, Florida, on February 9, 2018.

/s/ Julie S. Sneed
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party